UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOUGLAS HALLOWELL

          Plaintiff,                    **JURY TRIAL**

V.                                    CIVIL ACTION NO


MAIN STREET ACQUISITION CORP.

LAW OFFICE OF HOWARD LEE SCHIFF, P.C.

Defendants.                         AUGUST 12, 2011


**COMPLAINT**

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Meriden, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant Main Street Acquisition purchased defaulted debt and is a debt collector within the FDCPA and has a principal place of business located at 3715 Davinci Court, Suite 200, Norcross, GA 30092

6. Defendant The Law Office of Howard Lee Schiff is a law firm who regularly collects consumer debt and is a debt collector within the FDCPA and has a principal place of business located at **510 TOLLAND ST, EAST HARTFORD, CT, 06128.**

7. Defendants communicated with Plaintiff on or about April 2011 in connection with collection efforts with regard to plaintiff's disputed personal debt.

8. In the collection efforts, the Defendants violated the FDCPA, § 1692g by failing to validate this dispute debt after written notice was sent to the Law Office of Howard Lee Schiff via certified mail and received and signed for on May 14, 2011.

9. Defendants were required to stop all collection attempts until such time as they validated this debt.

10. Defendant Main Street Acquisition Corp continued to report this disputed debt but failed to report the Plaintiff's written dispute and violated §1692e (8).

11. The Defendant Howard Lee Schiff filed suit against the Plaintiff and took another collection action and violated §1692g.

**Second Count.**

12. The allegations of the First Count are repeated and realleged as if fully set forth herein.

13. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award Plaintiff such damages as are permitted by law including $1,000 statutory damages against each Defendant;

2. Award the Plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law may provide.

THE PLAINTIFF

BY _B. T. Kennedy_
Bernard T. Kennedy, Esquire
157 Pine Orchard Road
Branford, CT 06405
(443) 607- 8901
(443) 607-8903 Fax
Fed. Bar # ct00680
bernardtkennedy@yahoo.com