UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DOUGLAS HALLOWELL

       Plaintiff,                **JURY TRIAL**

V.                                         CIVIL ACTION NO
                                         3:11-CV-1294 (SRU)

MAIN STREET ACQUISITION CORP.

LAW OFFICE OF HOWARD LEE SCHIFF, P.C.

Defendants.                                OCTOBER 2, 2011

<u>NOTICE OF DISSMISSAL</u>

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed without prejudice and without costs, subject to approval of the Court.

                                              THE PLAINTIFF

                                              BY<u>/S/Bernard T. Kennedy</u>
                                              Bernard T. Kennedy, Esquire
                                              The Kennedy Law Firm
                                              157 Pine Orchard Road
                                              Branford, CT 06405
                                              Ph  (443) 607-8901
                                              Fax (443) 607-8903
                                              Fed. Bar # CT00680
                                              bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 10/2/11 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy